# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 10/7/2022 | Case Number: | 5:22-cr-00128 |
| Case Style: | USA vs. Flaviano Mateos-Hernandez | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Sydney Whittington |

Attorney(s) for the Plaintiff or Government:

Erik Goes

Attorney(s) for the Defendant(s):

Lex Coleman

| | |
|---|---|
| Law Clerk: | Isabella Anderson |
| Probation Officer: | Linsey Burns |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:04 PM | 1:38 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 34 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 12:00 p.m.
Actual Start 1:04 p.m.

Defendant present in person and by counsel and Spanish interpreter.
Counsel note appearances on the record.
Defendant placed under oath.
Court FINDS Defendant competent to go forward.
Defendant waives reading of Indictment.
Defendant pleads guilty to Count One.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant gives his account of the offense.
Government provides a proffer re: factual basis for the plea.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Defendant executes written guilty plea form; same ORDERED filed.


Court FINDS Defendant is competent and capable of entering an informed plea.
Court FINDS sufficient factual basis for Defendant's plea.
Court FINDS that Defendant understands the consequences of the plea.
Court FINDS that Defendant understands the rights being given up.
Court FINDS Defendant's plea to be voluntary.
Court ACCEPTS plea.
Court ADJUDGES Defendant guilty.
---
Court moves on to sentencing.
Court addresses PSR; no objections.
Court ADOPTS findings in PSR and addendum.
Probation to file PSR in court file under seal.
Court ADJUDGES Defendant guilty pursuant to prior plea.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Custody: time served

Supervised Release: NONE
Fine: none imposed
Assessment: $100
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Defendant REMANDED and transferred to the custody of an ICE Agent in accordance with customary procedures.
Court recessed at 1:38 p.m.